UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number: 13-17244 GMB

Debtor: Dorothy D. Dunn

| Check Number | Creditor | Amount |
|---|---|---|
| 1828216 | Bank of New York | 2,517.90 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  December 2, 2013